NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

OCT 14 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

GERMAN MEDINA-ARAIZA,

Petitioner,

v.

PAMELA BONDI, Attorney General,

Respondent.

No. 25-1338

Agency No.
A076-693-432

MEMORANDUM*

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 19, 2025**

Before:    SILVERMAN, HURWITZ, and BADE, Circuit Judges.

German Medina-Araiza, a native and citizen of Mexico, petitions pro se for

review of the Board of Immigration Appeals' (BIA) order dismissing his appeal

from an immigration judge's ("IJ") decision denying his application for

cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review

---

\*    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

for substantial evidence whether the agency erred in applying the exceptional and extremely unusual hardship standard to a given set of facts. *Gonzalez-Juarez v. Bondi*, 137 F.4th 996, 1003 (9th Cir. 2025). We review de novo questions of law and constitutional claims. *Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir. 2005). We deny the petition for review.

Substantial evidence supports the agency's determination that Medina-Araiza has not shown exceptional and extremely unusual hardship to his qualifying relatives. *See Gonzalez-Juarez*, 137 F.4th at 1006 (petitioner must show hardship "substantially beyond the ordinary hardship that would be expected when a close family member leaves the country" (citation and internal quotation marks omitted)).

We reject as unsupported by the record Medina-Araiza's contention that the BIA erred in affirming without opinion the IJ's denial of his application for cancellation of removal.

The temporary stay of removal remains in place until the mandate issues. The motion to stay removal is otherwise denied.

**PETITION FOR REVIEW DENIED.**